UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TOM FRANKLIN MORRIS,

    Petitioner,

    v.

STEVE LANGFORD, Warden,

    Respondent.

NO. CV 18-10262 DMG (FFM)

JUDGMENT

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 8, 2019

_____
DOLLY M. GEE
United States District Judge